ALLSTATE INS. CO. v. CHATTERTON

No. 496P99

Case below: 135 N.C.App. 92

Petition by defendants (Chatterton, Nichols and Cathey) for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

AMAKER v. DUFFY REALTY & BLDG. CO.

No. 527P99

Case below: 135 N.C.App. 230

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

ARQUILLA v. CITY OF SALISBURY

No. 45P00

Case below: 136 N.C.App. 24

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.